NANCY HENDERSON, by her Guardian, JAMES STARR v. JAMES HENDERSON, Son and Devisee of James Henderson, and MOLTON RICHARDS.

Court of Chancery.  Kent.  August 13, 1818.

*Ridgely's Notebook II, 235.*

THOMAS DAVEY and ELIZABETH, his Wife, v. J. FISHER, Surviving Administrator *d. b. n.* of John Patten.

Orphans' Court.  Kent.  [August 11, 1818.]

*Ridgely's Notebook II, 237.*

PHILIP RASIN v. JOHN WOOD.

Court of Chancery.  Kent.  August 14, 1818.

*Ridgely's Notebook II, 240.*

JOHN VAN DYKE, ABRAHAM VAN DYKE, THOMAS ROBIN-SON and SUSAN, his Wife, late Susan Van Dyke, and ELIZA VAN DYKE v. KENSEY JOHNS, Esq., Administrator of Nicholas Van Dyke, Esq.

Orphans' Court.  New Castle.  August 24, 1818.

*Ridgely's Notebook II, 250.*